Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
Panel Especial

| | | |
|---|---|---|
| RAINEL REYES RODRÍGUEZ<br>Peticionario<br><br>v.<br><br>EDWIN ARROYO LÓPEZ, ET ALS DAMARIS RIVERA MERCADO y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS; WANDA IVETTE MERCADO NEGRÓN<br>Demandados | TA2025RE00001 | *Moción*<br>Tribunal de Primera Instancia, Sala de Mayagüez<br><br>Caso Núm. MZ2019CV00788<br><br>Sobre:<br>Entredicho Preliminar y Permanente, Daños y Perjuicios |

Panel integrado por su presidente el Juez Rodríguez Casillas, el Juez Adames Soto, la Jueza Mateu Meléndez y el Juez Marrero Guerrero

Adames Soto, Juez Ponente

## **RESOLUCIÓN**

En San Juan, Puerto Rico, a 8 de julio de 2025.

El 7 de julio de 2025 nos fue asignado el *Escrito en auxilio de jurisdicción* presentado por la parte peticionaria, Sr. Rainel Reyes Rodríguez. Al evaluarlo, encontramos que este no vino acompañado de un recurso de apelación o *certiorari*, según previsto por la Regla 79 del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. __, 215 DPR __ (2025).

La moción de auxilio de jurisdicción, como su propia denominación anticipa, constituye un mecanismo de naturaleza accesoria, pues depende, necesariamente, de la existencia previa de un recurso principal, ya sea apelación, *certiorari*, o revisión judicial, radicado ante este foro revisor. Su razón de ser es permitir que este foro intermedio dicte órdenes para preservar su jurisdicción y, consecuentemente, la eficacia de una futura determinación. Por tanto, no se trata de un remedio procesal autónomo, pues carece de sustantividad independiente.

Por los fundamentos que preceden, se declara No Ha Lugar la petición de auxilio de jurisdicción y se ordena el archivo de este caso.

Notifíquese inmediatamente.

Lo acordó el Tribunal y lo certifica su Secretaria.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones